IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TO: UNITED STATES MARSHAL DATE: August 31, 2026

RE: CR-26-00744-001-PHX-SHD

THE UNITED STATES MARSHAL IS AUTHORIZED TO RELEASE:

Defendant Adrian De Leon-Rivera #24668-511

FROM CUSTODY PURSUANT TO THE COURT'S ORDER MADE IN OPEN COURT THIS DATE.

☒ Time Served

☐ Probation

☐

ADDITIONAL INSTRUCTIONS:

Daniel R. McAllister, CLERK/DCE

By: ______________________

L. Figueroa
Deputy Clerk

cc: USMS by CD on August 31, 2026